# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rossiter, Jr., Robert F. | United States District Court, Nebraska | 11/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court, Nebraska
111 S. 18th Plaza, Suite 3141
Omaha, NE 68102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - House of Delegates | Nebraska State Bar Association |
| 2. | Advisory Board Member | Creighton University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/2015 | Fraser Stryker PC LLO - Deferred Compensation Agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 11/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Fraser Stryker Deferred Compensation | $38,888.92 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 11/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Mass Mutual | Life Insurance Loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 11/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | SSAM Rollover IRA - TD Ameritrade Institutional (H) | | | | | | | | | |
| 2. | - BND - Vanguard Total Bond Market | D | Dividend | M | T | | | | | |
| 3. | - BSV - Vanguard Short-Term Bond | D | Dividend | N | T | | | | | |
| 4. | - DFAPX - DFA Invt Grade | C | Dividend | M | T | Buy (add'l) | 12/17/19 | J | | |
| 5. | | | | | | Buy (add'l) | 09/27/19 | J | | |
| 6. | | | | | | Buy (add'l) | 06/28/19 | J | | |
| 7. | | | | | | Buy (add'l) | 03/29/19 | J | | |
| 8. | - DFEOX - DFA US Core Equity 1 | E | Dividend | O | T | Buy (add'l) | 12/16/19 | J | | |
| 9. | | | | | | Buy (add'l) | 09/27/19 | J | | |
| 10. | | | | | | Buy (add'l) | 06/28/19 | J | | |
| 11. | | | | | | Buy (add'l) | 03/29/19 | J | | |
| 12. | - DFGEX - DFA Global Real Estate Secs | D | Dividend | L | T | Buy (add'l) | 12/17/19 | J | | |
| 13. | - DFIEX - DFA Intl Core Equity | C | Dividend | M | T | Buy (add'l) | 12/16/19 | J | | |
| 14. | | | | | | Buy (add'l) | 09/27/19 | J | | |
| 15. | | | | | | Buy (add'l) | 06/28/19 | J | | |
| 16. | | | | | | Buy (add'l) | 03/29/19 | J | | |
| 17. | - DFSVX - DFA US Small Cap Value | C | Dividend | M | T | Buy (add'l) | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 19. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 20. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 21. - SCZ - iShares MSCI EAFE Small Cap Index | B | Dividend | L | T | | | | | |
| 22. - VEA - Vanguard FTSE Developed Markets | C | Dividend | L | T | | | | | |
| 23. - VOE - Vanguard MidCap Value Index | C | Dividend | M | T | | | | | |
| 24. - VWO - Vanguard FTSE Emerging Markets | C | Dividend | L | T | Buy (add'l) | 06/17/19 | K | | |
| 25. - FDIC Insured Deposit Account IDA12 (TD Amertrade Institutional) | A | Int./Div. | K | T | | | | | |
| 26. SSAM Joint- TD Ameritrade Institutional (H) | | | | | | | | | |
| 27. - BND - Vanguard Total Bond Market | C | Dividend | L | T | | | | | |
| 28. - DFGEX - DFA Global Real Estate Secs | B | Dividend | K | T | | | | | |
| 29. - DFTIX - DFA Intermediate Term Muni Bd In | A | Dividend | L | T | | | | | |
| 30. - SUB - iShares Short-Term National Muni Bond | B | Dividend | L | T | Sold (part) | 08/13/19 | K | A | |
| 31. - VOE - Vanguard Mid-Cap Value ETF | A | Dividend | K | T | Buy | 04/18/19 | K | | |
| 32. - SBPLX - Clearbridge Dividend Strategy Fund | | None | | | Sold | 04/18/19 | K | D | |
| 33. - MSFRX - MFS Total Return Fund | | None | | | Sold | 04/18/19 | K | A | |
| 34. - FDIC Insured Deposit Account IDA12 (TD Amertrade Institutional) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rossiter, Jr., Robert F.** | 11/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Fitzgerald Schorr 401k First National Retirement (H) | | | | | | | | | |
| 36. | - VTTVX - Vanguard Target Retirement 2025 Fund | | None | | | Sold | 04/08/19 | L | | |
| 37. | SSAM IRA - TD Ameritrade Institutional (H) | | | | | | | | | |
| 38. | - DFIEX - DFA International Core Equity | B | Dividend | K | T | Buy | 04/18/19 | K | | |
| 39. | - SCZ - iShares MSCI EAFE Small Cap | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 40. | - VEA - Vanguard FTSE Developed Markets | A | Dividend | K | T | Buy | 04/18/19 | K | | |
| 41. | Joint Savings ▨ First National Bank of Omaha (H) | | | | | | | | | |
| 42. | -Cash | A | Interest | L | T | | | | | |
| 43. | Joint Savings ▨ US Bank (H) | | | | | | | | | |
| 44. | - Cash | A | Interest | L | T | | | | | |
| 45. | SSAM BIRA TD Ameritrade Institutional (H) | | | | | | | | | |
| 46. | - BSV - Vanguard Short Term Bond | A | Dividend | K | T | Buy | 04/18/19 | K | | |
| 47. | | | | | | Sold<br>(part) | 10/15/19 | J | A | |
| 48. | - SCZ - iShares MSCI EAFE Small Cap | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 49. | - BLPCX - American Funds Portfolio | | None | | | Sold | 04/18/19 | J | A | |
| 50. | - FCISX - Franklin Income Fund C | | None | | | Sold | 04/18/19 | J | A | |
| 51. | - FDIC Insured Deposit Account IDA12 (TD Amertrade Institutional) | A | Int./Div. | J | T | Buy | 04/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Whole Life Insurance Mass Mutual (H) | | | | | | | | | |
| 53. -Cash Value | B | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rossiter, Jr., Robert F.** | 11/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rossiter, Jr., Robert F. | 11/18/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Lines 32-33
On 4/12/19, I fully transferred my JTWROS at UBS to a Joint account at SilverStone Asset Management. The Joint account is custodied at TD Ameritrade Institutinoal. On 4/18/19 we sold both positions that transferred in. The UBS Joint account is now closed.

Part VII. Lines 35-40
On 4/9/19,        rolled over        Fitzgerald Schorr 401k to a newly opened IRA at SilverStone Asset Management. The IRA account is custodied at TD Ameritrade Institutinoal. The Fitzerald Schorr 401k is now closed.

Part VII. Lines 45-51
On 4/10/19, I transferred my Wells Fargo Beneficiary IRA to a newly opened Benficiary IRA at SilverStone Asset Management. The Beneficiary IRA is custodied at TD Ameritrade Institutional. The Wells Fargo Beneficiary IRA is now closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert F. Rossiter, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544